# Exhibit A

## Case Information

18CV336773 | Roley v. Google LLC

Case Number
18CV336773

Court
Superior Court of Santa Clara - Civil

File Date
10/25/2018

Case Type
Other Petition (Not Spec) Unlimited (43)

Case Status
Active

## Party

Plaintiff (Participant)
Roley, Andrew

Active Attorneys▼
Attorney
Olivier, Monique
Retained

Work Phone
415-433-0333

Attorney
Peterson, Rebecca Anne
Retained

Work Phone
6129168632

Lead Attorney
Schreiber, Christian
Retained

Work Phone
4153815599

Notice (Participant)
Superior Court of California

Active Attorneys
Lead Attorney
Superior Court of CA, County of Santa Clara
Retained

Defendant (Participant)
Google LLC

## Events and Hearings

10/25/2018 Complaint (Unlimited) (Fee Applies)

Complaint (Unlimited) (Fee Applies)

Comment
Complaint

10/25/2018 Civil Case Cover Sheet

Civil Case Cover Sheet

Comment
COMPLEX

10/25/2018 Summons: Issued/Filed

Summons Issued Filed

10/26/2018 Civil Lawsuit Notice ▾

Civil Lawsuit Notice

Comment
1st CMC set for 2/8/19 at 10am in D1; assigned to Hon. Brian C. Walsh

10/29/2018 Order: Deeming Case Complex ▾

Order Deeming Case Complex and Staying Discovery and Responsive Pleading Deadline

Comment
Order Deeming Case Complex and Staying Discovery and Responsive Pleading Deadline signed/BCW

11/09/2018 Errata ▾

Errata

Comment
Notice of Errata

12/07/2018 Proof of Service: Summons DLR (Civil) ▾

Comment
Proof of Service of Summons/Complaint

02/08/2019 Conference: Case Management ▾

Judicial Officer
Walsh, Brian C

Hearing Time
10:00 AM

Comment
(1st CMC) Proposed Class Action * Discovery and responsive pleading deadline stayed, as of 10/29/18, when the case was deemed complex.

## Documents

Complaint (Unlimited) (Fee Applies)

Civil Case Cover Sheet

Summons Issued Filed

Civil Lawsuit Notice

Civil Lawsuit Notice

Order Deeming Case Complex and Staying Discovery and Responsive Pleading Deadline

Errata