COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
MAX ALDERMAN (318548)
(malderman@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant

GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW ROLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC and DOES 1-50,<br><br>Defendants. | Case No. 5:18-cv-7537-BLF<br><br>**ANSWER TO AMENDED COMPLAINT** |

Defendant Google LLC ("Google") answers the Amended Complaint ("Complaint") filed by Plaintiff Andrew Roley ("Plaintiff") as follows:

**RESPONSE TO PARAGRAPH 1:**

In Response to Paragraph 1, Google admits that some Google products incorporate content generated by Google users. Google is not aware of the source quoted in the second sentence of Paragraph 1 and lacks sufficient knowledge to respond to that portion of Paragraph 1. Google otherwise denies the allegations and characterizations of Paragraph 1.

**RESPONSE TO PARAGRAPH 2:**

In Response to Paragraph 2, Google admits that Google Maps and Google Earth incorporate

content generated by Google users. Google otherwise denies the allegations and characterizations of Paragraph 2.

**RESPONSE TO PARAGRAPH 3:**

In Response to Paragraph 3, Google admits that it established a Local Guides program and that Local Guides can submit comments and content regarding various locations on Google Maps. Google otherwise denies the allegations and characterizations of Paragraph 3.

**RESPONSE TO PARAGRAPH 4:**

In Response to Paragraph 4, Google admits that Local Guides can receive benefits from their participation in the Local Guides program, depending on their Level and other considerations. Google otherwise denies the allegations and characterizations of Paragraph 4.

**RESPONSE TO PARAGRAPH 5:**

In Response to Paragraph 5, Google admits that one of the benefits offered to Local Guides, subject to various terms and conditions, was a terabyte of Google Drive storage.

**RESPONSE TO PARAGRAPH 6:**

In Response to Paragraph 6, Google admits that Plaintiff redeemed the benefit for one terabyte of Google Drive storage, subject to Google's terms and conditions. Google otherwise denies the allegations and characterizations of Paragraph 6.

**RESPONSE TO PARAGRAPH 7:**

Google denies the allegations and characterizations of Paragraph 7.

**RESPONSE TO PARAGRAPH 8:**

Google denies the allegations and characterizations of Paragraph 8.

**RESPONSE TO PARAGRAPH 9:**

Paragraph 9 describes the alleged purpose of Plaintiff's complaint and does not require a response.

**RESPONSE TO PARAGRAPH 10:**

Paragraph 10 alleges facts regarding Plaintiff's age and residence, which are within Plaintiff's knowledge. Google has no current basis to deny these allegations.

**RESPONSE TO PARAGRAPH 11:**

Google admits the allegations of Paragraph 11.

**RESPONSE TO PARAGRAPH 12:**

In Response to Paragraph 12, Google does not dispute that this Court has jurisdiction over this action.

**RESPONSE TO PARAGRAPH 13:**

In Response to Paragraph 13, Google does not dispute that venue properly lies in this District.

**RESPONSE TO PARAGRAPH 14:**

Paragraph 14 alleges facts that are within Plaintiff's knowledge about the content of certain communications that he allegedly received. Google has no current basis to admit or deny these allegations.

**RESPONSE TO PARAGRAPH 15:**

Paragraph 15 alleges facts that are within Plaintiff's knowledge about the content of certain communications that he allegedly received. Google currently lacks sufficient knowledge to admit or deny the allegations.

**RESPONSE TO PARAGRAPH 16:**

In Response to Paragraph 16, Google admits that Plaintiff enrolled in the Local Guides program and became subject to the Local Guides Terms and Conditions. The remainder of Paragraph 16 relates to facts within Plaintiff's knowledge, including the content of certain communications he allegedly received. Google lacks sufficient information to admit or deny these allegations.

**RESPONSE TO PARAGRAPH 17:**

Paragraph 17 alleges facts that are within Plaintiff's knowledge regarding his activities in the Local Guides program. Google has no current basis to deny these allegations.

**RESPONSE TO PARAGRAPH 18:**

Paragraph 18 alleges facts that are within Plaintiff's knowledge about the content of certain communications that he allegedly received. Google is without sufficient knowledge to admit or deny the allegations.

**RESPONSE TO PARAGRAPH 19:**

Paragraph 19 alleges facts that are within Plaintiff's knowledge about the content of certain communications that he allegedly received. Google is without sufficient knowledge to admit or deny the allegations.

**RESPONSE TO PARAGRAPH 20:**

Paragraph 20 alleges facts that are within Plaintiff's knowledge about the content of certain communications that he allegedly received. Google is without sufficient knowledge to admit or deny the allegations.

**RESPONSE TO PARAGRAPH 21:**

Paragraph 21 alleges facts that are within Plaintiff's knowledge about the content of certain communications that he allegedly received. Google is without sufficient knowledge to admit or deny the allegations.

**RESPONSE TO PARAGRAPH 22:**

Paragraph 22 alleges facts that are within Plaintiff's knowledge about his activities and the content of certain communications that he allegedly received. Google is without sufficient knowledge to admit or deny these allegations. Google denies all other allegations and characterizations in Paragraph 22, including Plaintiff's characterization of "unpaid work."

**RESPONSE TO PARAGRAPH 23:**

Paragraph 23 alleges facts that are within Plaintiff's knowledge about the content of certain communications that he allegedly received. Google is without sufficient knowledge to admit or deny the allegations.

**RESPONSE TO PARAGRAPH 24:**

Paragraph 24 alleges facts that are within Plaintiff's knowledge about the content of certain communications that he allegedly received. Google is without sufficient knowledge to admit or deny the allegations.

**RESPONSE TO PARAGRAPH 25:**

Paragraph 25 alleges facts that are within Plaintiff's knowledge about the content of certain communications that he allegedly received. Google is without sufficient knowledge to admit or deny

these allegations. Google denies all other allegations and characterizations in Paragraph 25, including Plaintiff's suggestion that Google induced Plaintiff to believe that the one terabyte storage benefit would not be subject to limitations and conditions and Plaintiff's allegation that he did "Google's work for free."

**RESPONSE TO PARAGRAPH 26:**

Paragraph 26 alleges facts that are within Plaintiff's knowledge about the content of certain communications that he allegedly received. Google is without sufficient knowledge to admit or deny the allegations. Google denies that it failed to disclose the time limit that applied to the free Google Drive storage benefit.

**RESPONSE TO PARAGRAPH 27:**

Google admits that it disclosed the time limit that applied to free Google Drive storage benefit, including at the time that Local Guides redeemed the benefit.

**RESPONSE TO PARAGRAPH 28:**

Google denies the allegations and characterizations of Paragraph 28.

**RESPONSE TO PARAGRAPH 29:**

Google denies the allegations of Paragraph 29.

**RESPONSE TO PARAGRAPH 30:**

Paragraph 30 alleges facts that are within Plaintiff's knowledge about the content of certain communications that he allegedly received. Google is without sufficient knowledge to admit or deny the allegations.

**RESPONSE TO PARAGRAPH 31:**

Paragraph 31 alleges facts that are within Plaintiff's knowledge about the content of certain communications that he allegedly received. Google is without sufficient knowledge to admit or deny the allegations.

**RESPONSE TO PARAGRAPH 32:**

Paragraph 32 alleges facts that are within Plaintiff's knowledge about the content of certain communications that he allegedly sent. Google is without sufficient knowledge to admit or deny the allegations.

**RESPONSE TO PARAGRAPH 33:**

Paragraph 33 alleges facts that are within Plaintiff's knowledge about the content of certain communications that he allegedly received. Google currently lacks sufficient knowledge to admit or deny the allegations.

**RESPONSE TO PARAGRAPH 34:**

Google denies the allegations and characterizations of Paragraph 34.

**RESPONSE TO PARAGRAPH 35:**

Paragraph 35 alleges facts that are within Plaintiff's knowledge about the content of certain communications that he allegedly received. Google currently lacks sufficient knowledge to admit or deny the allegations.

**RESPONSE TO PARAGRAPH 36:**

Paragraph 36 alleges facts that are within Plaintiff's knowledge about the content of certain communications that he allegedly received. Google currently lacks sufficient knowledge to admit or deny the allegations.

**RESPONSE TO PARAGRAPH 37:**

Paragraph 37 alleges facts that are within Plaintiff's knowledge. Google currently lacks sufficient knowledge to admit or deny the allegations.

**RESPONSE TO PARAGRAPH 38:**

Paragraph 38 contains Plaintiff's proposed class definitions and does not require a response. Google denies that the proposed class can be certified under the requirements of Federal Rule of Civil Procedure 23.

**RESPONSE TO PARAGRAPH 39:**

Paragraph 39 is a legal conclusion as to class certification and does not require a response; to the extent a response is required, Google denies paragraph 39. Google denies that the proposed class can be certified under the requirements of Federal Rule of Civil Procedure 23.

**RESPONSE TO PARAGRAPH 40:**

Paragraph 40 is a legal conclusion as to class certification and does not require a response; to the extent a response is required, Google denies paragraph 40. Google denies that the proposed class

can be certified under the requirements of Federal Rule of Civil Procedure 23.

**RESPONSE TO PARAGRAPH 41:**

Paragraph 41 is a legal conclusion as to class certification and does not require a response; to the extent a response is required, Google denies paragraph 41.  Google denies that the proposed class can be certified under the requirements of Federal Rule of Civil Procedure 23.

**RESPONSE TO PARAGRAPH 42:**

Paragraph 42 is a legal conclusion as to class certification and does not require a response; to the extent a response is required, Google denies paragraph 42.  Google denies that the proposed class can be certified under the requirements of Federal Rule of Civil Procedure 23.

**RESPONSE TO PARAGRAPH 43:**

Paragraph 43 is a legal conclusion as to class certification and does not require a response; to the extent a response is required, Google denies paragraph 43.  Google denies that the proposed class can be certified under the requirements of Federal Rule of Civil Procedure 23.

**RESPONSE TO PARAGRAPH 44:**

Paragraph 44 is a legal conclusion as to class certification and does not require a response; to the extent a response is required, Google denies paragraph 44.  Google denies that the proposed class can be certified under the requirements of Federal Rule of Civil Procedure 23.

**RESPONSE TO PARAGRAPH 45:**

Paragraph 45 purports to incorporate prior paragraphs and does not require a separate response.

**RESPONSE TO PARAGRAPH 46:**

In Response to Paragraph 46, Google admits that it made available a free terabyte of storage to certain Local Guides, subject to applicable terms and conditions including a two-year limitation.  Google otherwise denies the allegations and characterizations of Paragraph 46.

**RESPONSE TO PARAGRAPH 47:**

Paragraph 47 contains legal conclusions and does not require a response; to the extent a response is required, Google denies the allegations in Paragraph 47.

**RESPONSE TO PARAGRAPH 48:**

Paragraph 48 contains general descriptions of California Business & Professions Code §

17200, et seq. and does not require a response; to the extent a response is required, Google denies the allegations in paragraph 48.

**RESPONSE TO PARAGRAPH 49:**

Google denies the allegations and characterizations of Paragraph 49.

**RESPONSE TO PARAGRAPH 50:**

Google denies the allegations and characterizations of Paragraph 50.

**RESPONSE TO PARAGRAPH 51:**

Paragraph 51 contains legal conclusions and does not require a response; to the extent a response is required, Google denies the allegations in paragraph 51.

**RESPONSE TO PARAGRAPH 52:**

Paragraph 52 contains legal conclusions and does not require a response; to the extent a response is required, Google denies the allegations of Paragraph 52.

**RESPONSE TO PARAGRAPH 53:**

Google denies the allegations of Paragraph 53 and specifically denies that Plaintiff or the members of the proposed Class are entitled to any relief.

**RESPONSE TO PARAGRAPH 54:**

Google denies the allegations and characterizations of Paragraph 54.

**RESPONSE TO PARAGRAPH 55:**

Paragraph 55 contains legal conclusions and does not require a response; to the extent a response is required, Google denies the allegations in Paragraph 55. Google denies that Plaintiff or the members of the proposed Class are entitled to any relief.

**RESPONSE TO PARAGRAPH 56:**

In Response to Paragraph 56, Google denies that Plaintiff or the members of the proposed Class are entitled to any relief.

**RESPONSE TO PARAGRAPH 57:**

In Response to Paragraph 57, Google denies that Plaintiff or the members of the proposed Class are entitled to any relief.

**RESPONSE TO PARAGRAPH 58:**

In Response to Paragraph 58, Google denies that Plaintiff or the members of the proposed Class are entitled to any relief.

**RESPONSE TO PARAGRAPH 59:**

Paragraph 59 purports to incorporate prior paragraphs and does not require a separate response.

**RESPONSE TO PARAGRAPH 60:**

In Response to Paragraph 60, Google admits that Plaintiff was bound to the Local Guides Terms and Conditions.

**RESPONSE TO PARAGRAPH 61:**

In Response to Paragraph 61, Google admits that there was adequate consideration for the Local Guides Terms and Conditions. Google further admits that it provided a free terabyte of data storage for two years to Local Guides who reached Level 4 status. Google denies the remaining allegations and characterizations in Paragraph 61.

**RESPONSE TO PARAGRAPH 62:**

Paragraph 62 contains legal conclusions and does not require a response; to the extent a response is required, Google denies the allegations in Paragraph 62.

**RESPONSE TO PARAGRAPH 63:**

In Response to Paragraph 63, Google admits that Plaintiff reached Level 4 status as a Local Guide, and denies the remaining allegations and characterizations.

**RESPONSE TO PARAGRAPH 64:**

In Response to Paragraph 64, Google admits that it provided a free terabyte of data storage for two years to Local Guides who reached Level 4 status. Google denies the remaining allegations and characterizations of Paragraph 64.

**RESPONSE TO PARAGRAPH 65:**

Google denies the allegations and characterizations of Paragraph 65.

**RESPONSE TO PARAGRAPH 66:**

Google denies the allegations of Paragraph 66.

**RESPONSE TO PARAGRAPH 67:**

Google denies the allegations of Paragraph 67.

**RESPONSE TO PARAGRAPH 68:**

Paragraph 68 purports to incorporate prior paragraphs and does not require a separate response.

**RESPONSE TO PARAGRAPH 69:**

Paragraph 69 contains legal conclusions and does not require a response; to the extent a response is required, Google denies the allegations in Paragraph 69.

**RESPONSE TO PARAGRAPH 70:**

Google denies the allegations of Paragraph 70.

**RESPONSE TO PARAGRAPH 71:**

Google denies the allegations and characterizations of Paragraph 71.

**RESPONSE TO PARAGRAPH 72:**

Google denies the allegations and characterizations of Paragraph 72.

**RESPONSE TO PARAGRAPH 73:**

Google denies the allegations of Paragraph 73.

**RESPONSE TO PARAGRAPH 74:**

Google denies the allegations of Paragraph 74.

**RESPONSE TO PARAGRAPH 75:**

Paragraph 75 purports to incorporate prior paragraphs and does not require a separate response.

**RESPONSE TO PARAGRAPH 76:**

In Response to Paragraph 76, Google admits that Plaintiff and Google entered into the Local Guides Terms and Conditions.

**RESPONSE TO PARAGRAPH 77:**

In Response to Paragraph 77, Google admits that it offered a terabyte of data storage to Local Guides who achieved Level 4 status. Google denies the remaining allegations and characterizations of Paragraph 77.

**RESPONSE TO PARAGRAPH 78:**

Paragraph 78 contains legal conclusions and does not require a response; to the extent a

response is required, Google denies the allegations in Paragraph 78.

**RESPONSE TO PARAGRAPH 79:**

Google admits that Plaintiff attained Level 4 status, and denies the remaining allegations and characterizations of Paragraph 79.

**RESPONSE TO PARAGRAPH 80:**

In Response to Paragraph 80, Google admits that it provided a free terabyte of data storage for two years to Local Guides who reached Level 4 status. Google denies the remaining allegations and characterizations of Paragraph 80.

**RESPONSE TO PARAGRAPH 81:**

Google denies the allegations in Paragraph 81.

**RESPONSE TO PARAGRAPH 82:**

Paragraph 82 contains legal conclusions and does not require a response; to the extent a response is required, Google denies the allegations in Paragraph 82.

**RESPONSE TO PARAGRAPH 83:**

Google denies the allegations and characterizations of Paragraph 83.

**RESPONSE TO PARAGRAPH 84:**

Google denies the allegations and characterizations of Paragraph 84.

**RESPONSE TO PARAGRAPH 85:**

Google denies the allegations of Paragraph 85.

**RESPONSE TO PARAGRAPH 86:**

Paragraph 86 purports to incorporate prior paragraphs and does not require a separate response.

**RESPONSE TO PARAGRAPH 87:**

**(a)** Paragraph 87(a) contains legal conclusions and does not require a response; to the extent a response is required, Google denies the allegations in Paragraph 87(a).

**(b)** Paragraph 87(b) contains legal conclusions and does not require a response; to the extent a response is required, Google denies the allegations in Paragraph 87(b).

**(c)** Paragraph 87(c) contains legal conclusions and does not require a response; to the extent a response is required, Google denies the allegations in Paragraph 87(c).

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

11.

GOOGLE'S ANSWER TO AMENDED COMPLAINT
CASE NO. 18-CV-7537-BLF

**(d)** In Response to Paragraph 87(d), Google admits that it is a corporation. To the extent that Paragraph 87(d) contains legal conclusions, it does not require a response. To the extent that a response is required, Google denies the allegations in paragraph 87(d).

**RESPONSE TO PARAGRAPH 88:**

Google denies the allegations of Paragraph 88.

**RESPONSE TO PARAGRAPH 89:**

In Response to Paragraph 89, Google admits that the Local Guides Terms and Conditions contain the quoted text.

**RESPONSE TO PARAGRAPH 90:**

Google denies the allegations of Paragraph 90.

**RESPONSE TO PARAGRAPH 91:**

Google denies the allegations and characterizations of Paragraph 91.

**RESPONSE TO PARAGRAPH 92:**

Paragraph 92 contains legal conclusions and does not require a response; to the extent a response is required, Google denies the allegations in Paragraph 92.

**RESPONSE TO PARAGRAPH 93:**

Paragraph 93 contains legal conclusions and does not require a response; to the extent a response is required, Google denies the allegations in Paragraph 93.

**RESPONSE TO PARAGRAPH 94:**

Paragraph 94 contains legal conclusions and does not require a response; to the extent a response is required, Google denies the allegations in Paragraph 94.

**RESPONSE TO PARAGRAPH 95:**

Paragraph 95 contains legal conclusions and does not require a response; to the extent a response is required, Google denies the allegations in Paragraph 95.

**RESPONSE TO PARAGRAPH 96:**

Paragraph 96 contains legal conclusions and does not require a response; to the extent a response is required, Google denies the allegations in Paragraph 96.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

12.

GOOGLE'S ANSWER TO AMENDED COMPLAINT
CASE NO. 18-CV-7537-BLF

**RESPONSE TO PARAGRAPH 97:**

In Response to Paragraph 97, Google admits that Local Guides must agree to the Google Terms of Service agreement. Google also admits that the Google Terms of Service agreement contains the quoted text.

**RESPONSE TO PARAGRAPH 98:**

In Response to Paragraph 98, Google does not dispute that forum is proper in this court.

**RESPONSE TO PARAGRAPH 99:**

In Response to Paragraph 99, Google admits that Plaintiff sent a letter to Google. Google denies the remaining allegations and characterizations. Google also denies that Plaintiff is entitled to any damages.

## GOOGLE'S ADDITIONAL DEFENSES

Google asserts the following additional defenses to Plaintiff's Complaint, without assuming the burden of proof on such defenses that would otherwise fall on Plaintiff. Google reserves the right to supplement or amend these defenses as discovery is conducted, and does not knowingly or intentionally waive any applicable affirmative or other defense.

## FIRST DEFENSE

The Complaint, and each and every claim alleged therein, fails to state facts sufficient to constitute a cause of action upon which relief may be granted.

## SECOND DEFENSE

The named Plaintiff, and each and every member of the purported Class, are barred from recovery, in whole or in part, by the applicable statute of limitations period.

## THIRD DEFENSE

The named Plaintiff, and each and every member of the purported Class, are barred from recovery, in whole or in part, by the doctrines of unclean hands, waiver, estoppel, laches, and other applicable doctrines.

## FOURTH DEFENSE

The first cause of action of the Complaint (breach of contract) is barred under the doctrine of lapse. Plaintiff's rights under the contract have terminated through Plaintiff's neglect to exercise them

within applicable time periods.

**FIFTH DEFENSE**

If the named Plaintiff or any member of the purported Class has been injured or damaged, which Google denies, the named Plaintiff, and each and every member of the purported Class, are barred from recovery in whole or in part by their failure to mitigate injury and their failure to mitigate damages.

**SIXTH DEFENSE**

This case is not suitable for class action treatment under Rule 23 of the Federal Rules of Civil Procedure.

**SEVENTH DEFENSE**

The named Plaintiff, and each and every member of the purported Class, are barred from recovering any alleged damages that exceed the limitations of liability as set forth in their contracts with Google.

**EIGHTH DEFENSE**

The named Plaintiff lacks standing under Article III of the Constitution because they have not suffered an injury-in-fact.

**NINTH DEFENSE**

Plaintiff has not sustained any losses, damages, or detriment of any sum or amount whatsoever as a result of any act or acts, fault, fraud, carelessness, recklessness, negligence, or other alleged breach of duty on the part of Google.

**TENTH DEFENSE**

Plaintiff is not entitled to relief because they have received all benefits due under the terms of the contracts between Google and Plaintiff and/or because Plaintiff's requested relief is expressly or impliedly foreclosed or disallowed by their contracts with Google and/or because they have breached or failed to comply with their contractual and other legal obligations and/or the conditions precedent to bringing this action.

**ELEVENTH DEFENSE**

The Complaint, and each purported cause of action alleged therein, is barred, in whole or in

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

14.

GOOGLE'S ANSWER TO AMENDED COMPLAINT
CASE NO. 18-CV-7537-BLF

part, by the doctrines of actual or presumed knowledge, and/or the doctrines of acquiescence and/or to the extent Plaintiff had sufficient notice of the facts upon which Plaintiff now claims not to have known, including without limitation because of disclosures in the Local Guide Terms of Service or Google Terms of Service, and linked, referenced, or incorporated documents, seller invoices, seller updates, and the like.

## TWELFTH DEFENSE

Without admitting that any damages were suffered by Plaintiff, if any damages were suffered by Plaintiff, as alleged in the Complaint, Plaintiff's claimed damages are speculative and improper.

## THIRTEENTH DEFENSE

Plaintiff would be unjustly enriched by any recovery against Google.

## FOURTEENTH DEFENSE

Plaintiff's request for punitive, exemplary, or other enhanced damages are barred because Google did not at any time act with oppression, fraud, or malice towards Plaintiff.

## FIFTEENTH DEFENSE

At all relevant times, Google acted in good faith and Plaintiff had or should have had knowledge of all the true facts and circumstances, including without limitation because of disclosures in the Local Guide Terms and Conditions and the Google Terms and Conditions, and linked, referenced, or incorporated documents, seller invoices, seller updates, and the like.

## GOOGLE'S PRAYER FOR RELIEF

**WHEREFORE**, Google prays as follows:

1. That Plaintiff takes nothing by reason of his Complaint;

2. That judgment be entered thereon in favor of Google;

3. That the Court award Google its costs incurred in defense of this action; and

4. That the Court grant such other and further relief as it may deem proper.

| | | |
|---|---|---|
| Dated: May 23, 2019 | | COOLEY LLP<br>MICHAEL G. RHODES (116127)<br>WHITTY SOMVICHIAN (194463)<br>MAXWELL E. ALDERMAN (318548)<br><br>*/s/ Whitty Somvichian*<br>Whitty Somvichian (194463)<br>Attorneys for Defendant<br>GOOGLE LLC |

203285853

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

16.

**GOOGLE'S ANSWER TO AMENDED COMPLAINT**
**CASE NO. 18-CV-7537-BLF**