1  COOLEY LLP
   MICHAEL G. RHODES (116127)
2  (rhodesmg@cooley.com)
   WHITTY SOMVICHIAN (194463)
3  (wsomvichian@cooley.com)
4  MAXWELL E. ALDERMAN (318548)
   (malderman@cooley.com)
5  101 California Street, 5th Floor
   San Francisco, CA 94111-5800
6  Telephone: (415) 693-2000
   Facsimile:  (415) 693-2222
7
8  Attorneys for Defendant GOOGLE LLC

9  OLIVIER SCHREIBER & CHAO LLP
   MONIQUE OLIVIER (190285)
10 (monique@osclegal.com)
   CHRISTIAN SCHREIBER (245597)
11 (christian@osclegal.com)
12 201 Filbert Street, Suite 201
   San Francisco, CA 94133
13 Telephone: (415) 484-0980
   Facsimile:  (415) 658-7758
14
15 Attorneys for Plaintiff ANDREW ROLEY

16 [Additional Counsel on Signature Page]

17              UNITED STATES DISTRICT COURT
18              NORTHERN DISTRICT OF CALIFORNIA
19                     SAN JOSE DIVISION

20
21 ANDREW ROLEY, individually and on    ) Case No. 5:18-cv-7537-BLF
   behalf of all others similarly situated, )
                                          )
22       Plaintiff,                       ) **JOINT REQUEST FOR ENTRY OF PROTECTIVE**
                                          ) **ORDER**
23 v.                                     )
                                          ) Trial Date:        May 24, 2021
24 GOOGLE, LLC,                           )
                                          )
25       Defendant.                       )
                                          )
26 _____ )

27

28
   ────────────────────────────────────────
   JOINT REQUEST FOR ENTRY OF PROTECTIVE ORDER
   CASE NO. 5:18-CV-7537-BLF

Plaintiff Andrew Roley ("Plaintiff") and Defendant Google LLC ("Google") (collectively, the "Parties") respectfully request that the Court enter the Proposed Stipulated Protective Order, filed concurrently herewith.

DATED:  June 24, 2019   COOLEY LLP
MICHAEL G. RHODES (116127)
WHITTY SOMVICHIAN (194463)
MAXWELL E. ALDERMAN (318548)


*/s/ Whitty Somvichian*
Whitty Somvichian
Attorneys for Defendant
GOOGLE LLC


DATED:  June 24, 2019   LOCKRIDGE GRINDAL NAUEN P.L.L.P.


*/s/ Robert K. Shelquist*
Robert K. Shelquist
Attorneys for Plaintiff
ANDREW ROLEY

Additional Plaintiff's Counsel

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Robert K. Shelquist (MN # 21310x) (*pro hac vice*)
Rebecca A. Peterson (Cal. Bar No. 241858)
Stephanie A. Chen (MN # 0400032) (*pro hac vice*)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile:  (612) 339-0981
rkshelquist@locklaw.com
rapeterson@locklaw.com
sachen@locklaw.com

TESKE KATZ KITZER & ROCHEL, PLLP
Vildan A. Teske (MN # 241404) (*pro hac vice*)
Marisa C. Katz (MN # 39709) (*pro hac vice*)
222 South 9th Street, Suite 4050
Minneapolis, MN 55402
Telephone: (612) 746-1558
Facsimile:  (651) 846-5339
teske@tkkrlaw.com
katz@tkkrlaw.com

LEVENTHAL PLLC
Seth Leventhal (MN # 263357) (*pro hac vice*)
527 Marquette Ave. S., Suite 2100
Minneapolis, MN 55402
Telephone: (612) 234-7349
Facsimile: (612) 437-4980
seth@leventhalpllc.com

| | |
|---|---|
| 1 | **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)** |
| 2 | I, Whitty Somvichian, attest that concurrence in the filing of this document has been |
| 3 | obtained from the other signatory. |
| 4 | |
| 5 | DATED: June 24, 2019           */s/ Whitty Somvichian* |
| 6 |                                                    Whitty Somvichian |