Monique Olivier (Cal. Bar No. 190385)
(monique@osclegal.com)
Christian Schreiber (Cal. Bar No. 245597)
(christian@osclegal.com)
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, California 94133
Telephone: (415) 484-0980
Facsimile: (415) 658-7758

*Class Counsel*

[Additional Counsel on signature page]

Michael G. Rhodes (Ca. Bar. No. 116127)
(rhodesmg@cooley.com)
Whitty Somvichian (Cal Bar No. 194463)
(wsomvichian@cooley.com)
Danielle C. Pierre (Cal. Bar No. 300567)
(dpierre@cooley.com)
Cameron J. Clark (Cal Bar. No. 313039)
(cclark@cooley.com)
COOLEY LLP
101 California St, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andrew Roley, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Google, LLC, et al.<br><br>Defendants. | Court File No. 5:18-cv-7537-BLF-SVK<br><br>**[PROPOSED] JUDGMENT FOR PURPOSES OF APPEAL; FED. R. CIV. PROC. 58**<br><br>Judge: Hon. Beth Labson Freeman |

# [PROPOSED] JUDGMENT

Plaintiff filed the operative First Amended Complaint on January 11, 2019 (ECF 18), alleging: (1) violations of California's Unfair Competition Law ("UCL"); (2) breach of contract; (3) fraud; (4) conversion; and (5) violation of California's Consumers Legal Remedies Act ("CLRA").

The Court issued an Order Granting in Part and Denying in Part Plaintiff's Motion for Class Certification (the "Class Certification Order") on July 20, 2020 (ECF 92), in which it (1) granted class certification as to Plaintiff's breach of contract and conversion claims (the "***Class Claims***"); and (2) denied class certification as to the UCL, CLRA, and fraud claims (the "***Individual Fraud-Based Claims***").

The Court issued its Order Granting in Part and Denying in Part Motion for Summary Judgment on March 22, 2021 (the "MSJ Order"), in which it (1) granted Google's Motion for Summary Judgment as to the Class Claims; and (2) denied summary judgment as to the Individual Fraud-Based Claims.

Plaintiff has dismissed his Individual Fraud-Based Claims with prejudice and there are no active claims remaining in the case.

The Court enters final judgment on the Class Claims pursuant to Fed. R. Civ. Proc. 58.

**IT IS SO ORDERED.**

Date: _____

                                                              _____
                                                              Hon. Beth Labson Freeman
                                                              United States District Court Judge